UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-143-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| WILLIAM GENE KALEB KOCH | |

On motion of the Defendant, William Gene Kaleb Koch, and for good cause shown, it is hereby ORDERED that **[DE 41]** be sealed until further notice by this Court.

IT IS SO ORDER.

This **30** day of ~~August~~ July 2020.

_____
TERRENCE W. BOYLE
Chief United States District Judge